COMMONWEALTH of Pennsylvania, Respondent

v.

Jeffry MCBRIDE, Petitioner

No. 69 EAL 2017

Supreme Court of Pennsylvania.

September 8, 2017

## ORDER

PER CURIAM

**AND NOW,** this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Maurice TAYLOR, Petitioner

No. 120 EAL 2017

Supreme Court of Pennsylvania.

September 8, 2017

## ORDER

PER CURIAM

**AND NOW,** this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

CORNWALL–LEBANON SCHOOL DISTRICT, Petitioner

v.

CORNWALL–LEBANON EDUCATION ASSOCIATION, Respondent

No. 139 MAL 2017

Supreme Court of Pennsylvania.

September 8, 2017

## ORDER

PER CURIAM

**AND NOW,** this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**